IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:06CR294 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| ROBERTO VALENZULA-INZUNZ, | ) ) | |
| Defendant. | ) | |

IT IS ORDERED that jury selection in the above case is scheduled for **June 6, 2007 , at 8:30 a.m.**

IT IS FURTHER ORDERED that the jury trial is rescheduled before the undersigned in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **June 11, 2007 at 8:30 a.m.**

The ends of justice will be served by granting both parties' request for a continuance in trial, and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising from today's date, to the newly scheduled trial date, namely, **May 4, 2007 , through June 6, 2007,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, for the reason that both counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case, and the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Since this is a criminal case, the defendant shall be present for jury selection and trial, unless excused by the court. If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

DATED this 7th day of May, 2007.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge